**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- **X**

MAJOR, LINDSEY & AFRICA, LLC,                                :
                                                             :
                                    Plaintiff,               :     10 Civ. 4239 (CM)
                                                             :
                                                             :     ECF Case
                            - against -                      :
                                                             :     **SHARON MAHN'S MOTION TO**
SHARON MAHN, CARLO PECORARI,                                 :     **DISMISS AND/OR TO STAY**
PARKER LELAND, INC., JOSHUA KAGAN,                           :     **PLAINTIFF'S CLAIMS**
and KAGAN CONSULTANTS INC.,                                  :
                                                             :
                                                             :
                                    Defendants.              :

--------------------------------------------------------- **X**

        PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of

Defendant Sharon Mahn's Motion to Dismiss and/or to Stay Plaintiff's Claims, the

Declaration of Judith L. Mogul, and the evidence annexed thereto, and upon all the

pleadings and proceedings filed and had herein, the undersigned will move this Court,

before the Honorable Colleen McMahon, on a date to be determined by the Court, at the

United States Courthouse, 500 Pearl Street, New York, New York, for an Order (1)

dismissing plaintiff's claims against Sharon Mahn, pursuant to Federal Rule of Civil

Procedure 12(b)(6) and § 3 of the Federal Arbitration Act or in the alternative staying

plaintiff's claims for injunctive relief against Ms. Mahn, and (2) staying plaintiff's claims

against Ms. Mahn's co-defendants.

Dated:   New York, New York
         July 13, 2010

                                        MORVILLO, ABRAMOWITZ, GRAND,
                                        IASON, ANELLO & BOHRER, P.C.

                                        By: /s Judith L. Mogul
                                            Judith L. Mogul
                                            *Attorneys for Sharon Mahn*
                                            565 Fifth Avenue
                                            New York, NY 10017

2

Tel: (212) 856-9600
Fax: (212) 856-9494
jmogul@maglaw.com